UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE NAVARRO MARTINEZ,

Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

Respondent.

CASE NO. 2:26-cv-00032-JNW

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

Petitioner Jose Navarro Martinez has moved to enforce the Court's March 2, 2026, Order Granting In Part the Petition for Writ of Habeas Corpus. Dkt. No. 15. Respondent argues, among other things, that the Court lacks jurisdiction because the Petition names the ICE Field Office Director rather than Petitioner's immediate custodian, the warden of the facility where he is detained. Dkt. No. 19.

A petition under 28 U.S.C. § 2241 challenging present physical confinement must name the petitioner's immediate custodian as respondent. *See Doe v. Garland*, 109 F.4th 1188, 1194–97 (9th Cir. 2024). The Court agrees that the Petition named

MINUTE ORDER - 1

an improper respondent but rejects Respondent's contention that this deprives the Court of subject-matter jurisdiction. The failure to name the correct respondent is a defect in personal jurisdiction. *Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996).

Respondent did not raise this objection in its Return, but the Court declines to find waiver on this record. And because the defect is curable by amendment, the Court finds that dismissal is unwarranted.

Accordingly, Petitioner is ORDERED to file an amended petition naming the proper respondent within THREE (3) days of this ORDER. The amendment may substitute the proper respondent only and relates back to the original Petition. Respondents may file an amended return, if any, within THREE (3) days of Petitioner's Amended Petition.

The Motion to Enforce is re-noted for June 22, 2026, pending substitution. Respondent's exhaustion and compliance arguments, and Petitioner's request for release, are RESERVED for the Court's ruling following amendment. The Court will resolve those issues on the existing briefing, and no further briefing is permitted.

Dated this 15th day of June, 2026.

Joshua C. Lewis
Clerk
*/s/Alejandro Pasaye Hernandez*
Deputy Clerk

MINUTE ORDER - 2