The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Jose NAVARRO MARTINEZ,

Petitioner,

v.

ICE FIELD OFFICE DIRECTOR et al.,

Respondents.

Case No. 2:26-cv-00032-JNW

**STIPULATED MOTION FOR EXTENSION OF DEADLINE TO FILE MOTION FOR FEES AND COSTS UNDER EAJA**

Note on Motion Calendar:
October 20, 2026

For good cause, Petitioners and Federal Respondents, by and through their counsel of record, jointly stipulate and move to extend Petitioners' deadline to file any post-judgment motion for attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, until 60 days after the Supreme Court issues its decision in *Montoya Palacios v. Liggins*, No. 25-1223 (S. Ct. filed Apr. 20, 2026).

The Court granted Petitioner's motion to enforce the Court's partial grant of his habeas petition and entered judgment on July 21, 2026. *See* Dkts. 26 & 27. A party seeking EAJA fees is required to file a motion "within thirty days of final judgment in the action,"[1] 28 U.S.C. § 2412(d)(1)(B), and for purposes of EAJA, a "final judgment" means a judgment that is final and not appealable, *id.* § 2412(d)(2)(G).

[1] The thirty-day deadline to file a motion under 28 U.S.C. § 2412(d)(1)(B) is non-jurisdictional and may be extended. *See Scarborough v. Principi*, 541 U.S. 410, 413 (2004).

Respondents had until Monday, September 21, 2026 to appeal the judgment. Fed. R. App. P. 4(a)(1)(B); Fed. R. App P. 26(a)(1)(B). The judgment therefore became final and not appealable upon expiration of the appeal period. Accordingly, Petitioner's motion is currently due on October 20, 2026.

The EAJA provides that a party who prevails against the government "in any civil action (other than cases sounding in tort)" may seek an award of fees and costs. 28 U.S.C. § 2412(d)(1)(A)–(B). On June 29, 2026, the Supreme Court granted certiorari in *Montoya Palacios*, on the issue of whether the phrase "any civil action" in the EAJA encompasses an action seeking a writ of habeas corpus to challenge civil immigration detention. 146 S. Ct. 2789 (2026). The parties have conferred and agree that extending Petitioners' EAJA deadline until after the Supreme Court decides *Montoya Palacios* would promote judicial efficiency and conserve judicial resources.

Accordingly, the parties respectfully request that the Court stay the deadline for Petitioners' motion for fees and order a joint status report within 14 days of the Supreme Court's decision in *Montoya Palacios.*

Respectfully submitted this 20th day of October, 2026.

s/ Matt Adams
Matt Adams, WSBA No. 28287
matt@nwirp.org

s/ Leila Kang
Leila Kang,* WSBA No. 48048
leila@nwirp.org

**I certify that this motion contains 348 words, in compliance with the Local Civil Rules.*

Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

*Counsel for Petitioners*

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NY# 4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 1201
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
Attorneys for Federal Respondents

*Attorney for Federal Respondents*

**ORDER**

The parties having stipulated and agreed, Petitioners' deadline to file a motion for attorneys' fees shall be stayed and that the parties shall file a joint status report within 14 days after the Supreme Court issues its decision in *Montoya Palacios*.

IT IS SO ORDERED

Dated this 21st day of October, 2026.

Jamal N. Whitehead
United States District Judge